**To:** Bononi & Company, P.C., US Bankruptcy Trustee

**From:** Chuck Dahlmann Investigations
chuckdahlmann.mdo@gmail.com
Phone: 724-610-0453

**Date:** August 28, 2019

**Subject:** ENGAGEMENT LETTER AND FEE ARRANGEMENT BETWEEN PARTIES

In Re: Cyrilla Landscaping & Supply Co., Inc., Debtor
Case #17-23819-GTL

The purpose of this letter is to memorialize the private investigative services and litigation support services which Chuck Dahlmann Investigations (hereinafter, CDI) will perform on behalf of you and your professional corporation, Bononi & Company, P.C., as the US Bankruptcy Trustee of Cyrilla Landscaping & Supply Co., Inc., Debtor.

The scope of services outlined in this letter is based upon our communication on August 27, 2019. To the extent that matters come to CDI's attention during the course of our engagement that might materially alter the scope of this engagement, CDI will bring such matters to your attention prior to proceeding further.

The scope of CDI's services will include application of accounting procedures, review and analysis of income tax returns, work papers, general ledgers, cash disbursements journals, cash receipts journals, bank statements, correspondence, sales agreements, and any other necessary financial records. CDI may review public records, determine the disposition of assets, interview subjects and / or third-party witnesses, as needed. CDI will author memorandums of such contacts, and compile a written investigative report, as needed. If necessary, CDI will assist you with any potential formal proceeding before a court of law.

It is not possible to estimate or fix a fee in order for CDI to complete the analysis described. The amount of fees which CDI will charge will be based upon the time expended at the hourly billing rates described below, plus any out-of-pocket expenses. Please note that CDI will not engage in "value billing" on this engagement wherein specified types of work are billed at higher than standard billing rates.

| | |
|---|---|
| Charles P. Dahlmann | $100.00 per hour |
| Other Private Investigators / Witnesses | $ 75.00 per hour |

All payments are to be approved by the United States Bankruptcy Court.

CDI understands and fully agrees that all work will be performed in the capacity as an agent of Eric Bononi, US Bankruptcy Trustee, and that CDI is being retained to provide services necessary for you to render competent and effective determination of the facts relating to the bankruptcy of Cyrilla Landscaping & Supply Co., Inc., Debtor. CDI recognizes and agrees that any and all communications CDI has with either you or your office are privileged communications and are not to be disclosed, absent the express written authorization by you. CDI further recognizes and agrees that any written material prepared in connection with our engagement and all work performed are privileged and constitute attorney work product, consistent with the principles set forth in United States v. Kovel.

This letter sets forth the entire understanding of the parties with respect to the specifics of the engagement undertaken by CDI. Any previous description of available services, previous agreements or understandings between the parties regarding the scope and subject matter of this engagement are superseded in their entirety by this engagement letter.

Please indicate agreement to the contents of this letter by signing below.

Consistent with your instructions, CDI has already commenced work on this case. In the meantime, should you have any questions regarding the above, please do not hesitate to contact me.

Accepted:                                                                 Date:

_____                                         __8/28/19__
Eric Bononi, Esquire
Bononi & Company, P.C.


_____                                         __08/28/2019__
Charles P. Dahlmann, Private Investigator
Chuck Dahlmann Investigations