IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Cyrilla Landscaping & Supply Co. Inc.,<br>　　Debtor(s) | Bankruptcy No. 17-23819-GLT<br><br>Chapter 7 |

## STATEMENT OF DISINTERESTEDNESS

I, Charles P. Dahlmann and Chuck Dahlmann Investigations state as follows and declare under penalty of perjury:

1. The forensic accounting investigative firm of Chuck Dahlmann Investigations, its members, and its associates, do not hold any interest adverse to the above-entitled estate and said law firm is a disinterested person as defined in 11 U.S.C. § 101.

2. That in accordance with 11 U.S.C. §327, I hereby declare that neither I nor the forensic accounting investigative firm represent any interest adverse to the estate and that the forensic accounting investigative firm of Chuck Dahlmann Investigations has no connections with the Debtor, Creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustees.

3. That he has not shared or agreed to share any portion of the compensation paid or to be paid in connection with this case.

4. Under penalty of perjury, I hereby declare the aforegoing Statement of Disinterestedness to be true and correct.

Dated:  08/28/2019                                      _____
                                                        Charles P. Dahlmann
                                                        Chuck Dahlmann Investigations

1