Case 17-23819-GLT    Doc 313    Filed 11/04/19    Entered 11/04/19 08:45:25    Desc Main
Document       Page 1 of 1

FILED
11/4/19 8:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>Cyrilla Landscaping & Supply Co. Inc.,<br>    **Debtor,**<br>Calaiaro Valencik,<br>    **Applicant,**<br>    **vs.**<br>No Respondent. | ) **Case No.** 17-23819 GLT<br>) **Chapter** 7<br>)<br>) **Hearing Date:** 11/07/19 @ 10:30 a.m.<br>) **Response Due:** 10/28/19<br>)<br>) Related to Docket No. 291 |

### ORDER OF COURT

**AND NOW,** to-wit, this 4th Day of November, 2019, upon consideration of the foregoing Chapter 11 Fee Petition in Converted Case by Calaiaro Valencik for payment of attorney's fees, it is hereby **ORDERED** that fees and expenses of Calaiaro Valencik be approved for their services rendered and incurred from September 20, 2017, through September 18, 2019, in the total amount of $34,192.62 consisting of $32,092.50 in fees and $2,100.12 in expenses. Calaiaro Valencik may apply the funds on deposit in the Firm's IOLTA account.

By the Court,

*[signature]*

**ENTERED BY DEFAULT**

**Honorable Gregory L. Taddonio**
**United States Bankruptcy Judge**