FILED
11/14/19 9:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-23819-GLT |
| | : | |
| Cyrilla Landscaping & Supply Co. Inc., | : | Chapter 7 |
| | : | |
| Debtor | : | |

*************************************************************************

| | | |
|---|---|---|
| Eric E. Bononi, Trustee of the Bankruptcy | : | |
| Estate of Cyrilla Landscaping & Supply Co. Inc., | : | Related to Docket No. 305 |
| | : | |
| Movant | : | Hearing Date & Time: |
| | : | November 21, 2019 at 10:30 a.m. |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |

*************************************************************************

## ORDER OF COURT

AND NOW this 14th Day of November, 2019, upon consideration of the within Motion, it is hereby **ORDERED, ADJUDGED, DETERMINED, FOUND AND DECREED** that the Trustee is authorized to retain Kevin J. Petak, Esquire and the law firm of Spence, Custer, Saylor, Wolfe & Rose, LLC, as special counsel for the Trustee, *Nunc Pro Tunc* to the date of the filing of the instant Motion, said counsel to be retained at their usual and fair hourly rate, subject to Court approval and review prior to payment.

BY THE COURT:

_____
Gregory L. Taddonio, Judge    drb
UNITED STATES BANKRUPTCY COURT

**ENTERED BY DEFAULT**