IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Cyrilla Landscaping & Supply Co. Inc.,<br>        Debtor(s)<br><br>Eric E. Bononi, Trustee,<br>        Movant<br>                    v.<br>Cyrilla Landscaping & Supply Co. Inc., Paul Schreiber, Lee Colarossi and Shirley Colarossi, D'Acsenzo Construction Inc., McClymonds Supply & Transit Company, Inc. Knickbocker Russell Company, Inc., and Commonwealth of PA Department of Revenue Bureau of Compliance,<br>        Respondent(s) | Bankruptcy No. 17-23819-GLT<br><br>Chapter 7<br><br>Related to Document No. 320<br><br>Hearing Date & Time: Thursday, December 19, 2019 at 10:00 AM |

**CERTIFICATE OF NO OBJECTION OF TRUSTEE'S
MOTION OF CHAPTER 7 TRUSTEE FOR AUTHORITY TO CONFIRM THE AUCTION SALE OF
DEBTOR'S PROPERTY FREE AND CLEAR OF ALL LIENS CLAIMS AND ENCUMBRANCES TO BUYER
AT DOCKET NUMBER 320**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on November 21, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than December 12, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATE: December 13, 2019

Prepared by:
Eric E. Bononi, Esq.

Respectfully submitted,

 */s/ Eric E. Bononi*
Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730

**PAWB Local Form 25 (07/13)**