Case 17-23819-GLT    Doc 330    Filed 12/16/19    Entered 12/16/19 12:53:16    Desc Main
Document    Page 1 of 1

FILED
12/16/19 10:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Cyrilla Landscaping & Supply Co. Inc.<br>    Debtor<br><br>Eric E. Bononi, Trustee for the Bankruptcy Estate of Cyrilla Landscaping & Supply Co. Inc.<br>    Movant<br><br>        v.<br>Cyrilla Landscaping & Supply Co. Inc., Paul Schreiber, Lee Colarossi and Shirley Colarossi, D'Acsenzo Construction Inc., McClymonds Supply & Transit Company, Inc. Knickbocker Russell Company, Inc., and Commonwealth of PA Department of Revenue Bureau of Compliance<br>    Respondent(s) | Bankruptcy No.: 17-23819-GLT<br><br>Chapter 7<br><br><br><br>Related to Docket No. 320 |

**ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE,
CONFIRMING THE AUCTION SALE OF DEBTOR'S PROPERTY FREE AND
CLEAR OF ALL LIENS, CLAIMS AND ENCUMBERANCES TO BUYER**

    **AND NOW**, this _16th Day of December, 2019_, upon Consideration of the Motion of Chapter 7 Trustee, for Authority to Sell Debtor's Property Free and Clear of All Liens, Claims, Encumbrances (the "Motion"), after notice to creditors and parties in interest, and after a opportunity for a hearing before this Court, & the Court being of the opinion that the proposed transfer to the "Purchasers" is in the best interest of the Debtor, the Estate and the creditors, that just cause exists therefore, that the transfer is for fair value and in good faith and that all requirements of In re Abbots Dairies of Pennsylvania, Inc., 788 F 2d 143 (3rd Cir., 1986) have been met, it is hereby ORDERED, that the Motion is Granted;

    IT IS FURTHER ORDERED, that the Trustee is authorized to enter into the Agreement of Sale (the "Agreement") attached to the Motion as Exhibit "A";

    IT IS FURTHER ORDERED, that the Trustee be and hereby is permitted to sell the real estate listed in the Agreement to the Purchasers of their nominees free and clear of any and all liens, claims, security interests, mortgages, pledges, charges, indentures, loan agreements, options, rights of first refusal, offsets, recoupments, rights of recovery, judgments, orders and decrees of any court or governmental entity, interest, successor, products, tax and other liabilities and claims against the Debtor or his property, of any kind or nature, except environmental claims, whether secured or unsecured, choate, or inchoate, filed or unfiled, scheduled or unscheduled, notice or unnoticed, recorded or unrecorded, contingent or non-contingent, liquidated or unliquidated, matured or unmatured, known or unknown;

    IT IS FURTHER ORDERED, that the Trustee is authorized to pay at closing all customary closing costs, including taxes, and the mortgage balance;

BY THE COURT:

_____
GREGORY L. TADDONIO   **drb**
United States Bankruptcy Judge