IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Cyrilla Landscaping & Supply Co., Inc.,<br>　　　Debtor(s)<br><br>Eric E. Bononi, Trustee,<br>　　　Movant<br>　　　　　　　　v.<br>　　　No Respondent(s) | Bankruptcy No. 17-23819-GLT<br><br>Chapter 7<br><br>Related to Document No. 269, 336 |

## REPORT OF SALE

AND NOW, comes Eric E. Bononi, Chapter 7 Trustee, and files the within Report of Sale. Movant respectfully represents as follows and declares under penalty of perjury:

1. On October 10, 2019, an Application to Employ Sherman Hostetter and Hostetter Auctioneers as Auctioneer to Conduct Piecemeal Auction Sale was approved. Various Parties purchased property described as Equipment, Tools, and Inventory by auction on November 7, 2019.

2. Movant motioned the Court to Employ Sherman Hostetter and Hostetter Auctioneers as Auctioneer to Conduct Piecemeal Auction Sale on September 18, 2019 and the motion was granted on October 10, 2019.

3. The Gross proceeds of $222,878.60 was received on August 6, 2019. The Trustee received $159,870.44 for the Bankruptcy Estate of which $20,925.38 will go to the secured creditor, Caterpillar Financial Services Corporation, leaving a balance of $181,691.53 for the Bankruptcy Estate.

4. The balance of $222,878.60 has auction fees and expenses. A copy of the settlement sheet is attached hereto.

DATE: <u>January 30, 2020</u>

Prepared by:
Eric E. Bononi, Esq.

Respectfully submitted,

<u>*/s/ Eric E. Bononi*</u>
Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730